B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>**District of Delaware** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Nortel Networks Cable Solutions Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>(see attached) | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>62-1850567 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>N/A |
| Street Address of Debtor (No. and Street, City, and State):<br>220 Athens Way, Suite 300<br>Nashville, TN<br>ZIP CODE 37228 | Street Address of Joint Debtor (No. and Street, City, and State):<br>N/A<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Davidson County | County of Residence or of the Principal Place of Business:<br>N/A |
| Mailing Address of Debtor (if different from street address):<br>220 Athens Way, Suite 300 (c/o Lynn Egan)<br>Nashville, TN<br>ZIP CODE 37228 | Mailing Address of Joint Debtor (if different from street address):<br>N/A<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>N/A | ZIP CODE |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br><br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9      Recognition of a Foreign<br>☑ Chapter 11    Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>           Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer   ☑ Debts are primarily<br>debts, defined in 11 U.S.C.     business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Nortel Networks Cable Solutions Inc. |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: N/A | Case Number:<br>N/A | Date Filed:<br>N/A |
| Location<br>Where Filed: N/A | Case Number:<br>N/A | Date Filed:<br>N/A |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>(see attached) | Case Number: | Date Filed: |
| District:<br>District of Delaware | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐    Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>x  N/A<br>——————————————————————<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☑    No.

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

——————————————————————
(Name of landlord that obtained judgment)

——————————————————————
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Nortel Networks Cable Solutions Inc. |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | X _____<br>   (Signature of Foreign Representative)<br><br>_____<br>   (Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X _____<br>   Signature of Attorney for Debtor(s)<br>   **Derek C. Abbott**<br>   Printed Name of Attorney for Debtor(s)<br>   **Morris, Nichols, Arsht & Tunnell LLP**<br>   Firm Name<br>   **1201 North Market Street, P.O. Box 1347**<br>   Address **Wilmington, DE 19899-1347**<br><br>   **1-302-658-9200**<br>   Telephone Number<br><br>   _____<br>   Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br>_____<br>_____ |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Authorized Individual<br>   **John Doolittle**<br>   Printed Name of Authorized Individual<br>   **Vice President**<br>   Title of Authorized Individual<br>   **Jan 14/2009**<br>   Date | X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## All Other Names used by the Debtor in the last 8 years

Nortel, Nortel Networks

## Pending Bankruptcy Cases Filed by Affiliates of this Debtor

### Seeking Relief Under Chapter 11

| Name of Debtor | District | Case No. / Relationship | Date Filed / Judge |
| --- | --- | --- | --- |
| Nortel Networks Inc. | D. Del. | T.B.D./ Affiliate | 01-14-2009 / T.B.D. |
| Nortel Networks Capital Corporation | D. Del. | T.B.D./ Affiliate | 01-14-2009 / T.B.D. |
| Alteon WebSystems, Inc. | D. Del. | T.B.D./ Affiliate | 01-14-2009 / T.B.D. |
| Alteon WebSystems International, Inc. | D. Del. | T.B.D./ Affiliate | 01-14-2009 / T.B.D. |
| Xros, Inc. | D. Del. | T.B.D./ Affiliate | 01-14-2009 / T.B.D. |
| Sonoma Systems | D. Del. | T.B.D./ Affiliate | 01-14-2009 / T.B.D. |
| Qtera Corporation | D. Del. | T.B.D./ Affiliate | 01-14-2009 / T.B.D. |
| CoreTek, Inc. | D. Del. | T.B.D./ Affiliate | 01-14-2009 / T.B.D. |
| Nortel Networks Applications Management Solutions Inc. | D. Del. | T.B.D./ Affiliate | 01-14-2009 / T.B.D. |
| Nortel Networks Optical Components Inc. | D. Del. | T.B.D./ Affiliate | 01-14-2009 / T.B.D. |
| Nortel Networks HPOCS Inc. | D. Del. | T.B.D./ Affiliate | 01-14-2009 / T.B.D. |
| Architel Systems (U.S.) Corporation | D. Del. | T.B.D./ Affiliate | 01-14-2009 / T.B.D. |
| Nortel Networks International Inc. | D. Del. | T.B.D./ Affiliate | 01-14-2009 / T.B.D. |
| Northern Telecom International Inc. | D. Del. | T.B.D./ Affiliate | 01-14-2009 / T.B.D. |

### Seeking Relief Under Chapter 15

| | | | |
| --- | --- | --- | --- |
| Nortel Networks Corporation | D. Del. | T.B.D./ Affiliate | 01-14-2009 / T.B.D. |
| Nortel Networks Limited | D. Del. | T.B.D./ Affiliate | 01-14-2009 / T.B.D. |
| Nortel Networks Technology Corporation | D. Del. | T.B.D./ Affiliate | 01-14-2009 / T.B.D. |
| Nortel Networks Global Corporation | D. Del. | T.B.D./ Affiliate | 01-14-2009 / T.B.D. |
| Nortel Networks International Corporation | D. Del. | T.B.D./ Affiliate | 01-14-2009 / T.B.D. |

# CERTIFICATE OF RESOLUTIONS

*Alteon WebSystems, Inc., a Delaware corporation*
*Alteon WebSystems International, Inc., a Delaware corporation*
*Architel Systems (U.S.) Corporation, a Delaware corporation*
*CoreTek, Inc., a Delaware corporation*
*Nortel Networks Applications Management Solutions Inc., a Delaware corporation*
*Nortel Networks Cable Solutions Inc., a Delaware corporation*
*Nortel Networks HPOCS Inc., a Delaware corporation*
*Nortel Networks International Inc., a Delaware corporation*
*Nortel Networks Optical Components Inc., a Delaware corporation*
*Northern Telecom International Inc., a Delaware corporation*
*Qtera Corporation, a Delaware corporation*
*Sonoma Systems, a California corporation*
*Xros, Inc., a Delaware corporation*
(each, a "U.S. Company", and collectively, the "U.S. Companies")

I, John Doolittle, a duly authorized officer of each of the U.S. Companies, hereby certify that at a special meeting duly called and jointly held together with certain other Nortel companies on January 13, 2009, the following resolutions were duly adopted in accordance with the requirements of the General Corporation Law of the State of Delaware, or the California Corporations Code, as applicable, and that, as of the date hereof, these resolutions have not been amended or modified and are in full force and effect:

> **WHEREAS,** the U.S. Companies are wholly-owned affiliates of Nortel Networks Corporation ("**NNC**") and Nortel Networks Limited ("**NNL**"), the parent companies of the Nortel companies;

> **WHEREAS,** by approval of these Resolutions, each member of the Board of Directors of each U.S. Company (the "**U.S. Boards**") hereby affirms that he has attended this special meeting held January 13, 2009 as well as those special meetings of the NNI and NNC Boards held on January 8, 2009 and January 9, 2009, which attendance constitutes a waiver of notice of such meetings in accordance with Section 229 of the General Corporation Law of Delaware, or Section 307(a)(3) of the California Corporations Code, as applicable;

> **WHEREAS,** the U.S. Boards have reviewed and considered the materials presented by the management of NNC and NNL, and the financial and legal advisors of the U.S. Companies, NNC and NNL, regarding the liabilities and liquidity situation of each respective U.S. Company, the strategic alternatives available to each, and the impact of the foregoing on each respective U.S. Company's businesses;

> **WHEREAS,** the U.S. Boards have consulted with the management of NNC and NNL, and the financial and legal advisors of

the U.S. Companies, NNC and NNL, and have considered fully each of the strategic alternatives available to their respective U.S. Company; and

**NOW, THEREFORE, BE IT RESOLVED** that, in the judgment of the respective U.S. Boards, it is desirable and in the best interests of each of the respective U.S. Companies, their creditors, stockholder or stockholders as applicable, employees if any, and other interested parties that each U.S. Company file a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**");

**RESOLVED FURTHER**, that the officers of each U.S. Company (each, an "**Authorized Officer**") be, and each of them hereby is, authorized and directed in the name and on behalf of his or her respective U.S. Company, to execute and verify voluntary petitions to commence proceedings under chapter 11 of the Bankruptcy Code and to cause the same to be filed in any district at such time and venue as the Authorized Officer executing said petition shall determine;

**RESOLVED FURTHER**, that the Authorized Officers be, and each of them hereby is, authorized and directed to employ the law firm of Cleary Gottlieb Steen & Hamilton LLP as general bankruptcy counsel to represent and assist the U.S. Companies in carrying out their respective duties under the Bankruptcy Code and related matters, and to take any and all actions to advance each U.S. Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officers be, and each of them hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the case under chapter 11 of the Bankruptcy Code, and to cause to be filed an appropriate application for authority to retain the services of Cleary Gottlieb Steen & Hamilton LLP;

**RESOLVED FURTHER**, that the Authorized Officers be, and each of them hereby is, authorized and directed to employ the law firm of Morris, Nichols, Arsht & Tunnell LLP as Delaware and general bankruptcy counsel to represent and assist the U.S. Companies in carrying out their respective duties under the Bankruptcy Code and related matters, and to take any and all actions to advance each U.S. Company's rights and obligations; and in connection therewith, the Authorized Officers be, and each of them hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the case under chapter 11 of the Bankruptcy Code, and to cause to be filed an appropriate application for authority to retain the services of Morris, Nichols, Arsht & Tunnell LLP;

**RESOLVED FURTHER**, that the Authorized Officers be, and each of them hereby is, authorized and directed to employ the firm of Lazard Freres & Co. LLC as restructuring and financial advisor to represent and assist the U.S. Companies in carrying out their respective duties under the Bankruptcy Code, and to take any and all actions to advance each U.S. Company's rights and obligations; and in connection therewith, the Authorized Officers be, and each of them hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed appropriate applications for authority to retain the services of Lazard Freres & Co. LLC;

**RESOLVED FURTHER**, that the Authorized Officers be, and each of them hereby is, authorized and directed to employ any other professionals to assist the U.S. Companies in carrying out their respective duties under the Bankruptcy Code and related matters; and in connection therewith, the Authorized Officers be, and each of them hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the case under chapter 11 of the Bankruptcy Code, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary;

**RESOLVED FURTHER**, that the Authorized Officers be, and each of them hereby is, authorized and directed in the name and on behalf of the their respective U.S. Company, to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers or documents, and to take any and all such other and further actions which the said Authorized Officers or such U.S. Company's legal counsel may deem necessary, proper or desirable in connection with the case under chapter 11 of the Bankruptcy Code, with a view to the successful prosecution of such case;

**RESOLVED FURTHER**, that the Authorized Officers be, and each of them hereby is, authorized and directed, in the name and on behalf of their respective U.S. Company, to take such actions and to make, sign, execute, acknowledge and deliver any and all such additional documents, agreements, affidavits, applications for approvals or rulings of governmental or regulatory authorities, motions, orders, directions, certificates, requests, receipts, financing statements, or other instruments as may be reasonably required to give effect to the foregoing resolutions and to consummate the transactions contemplated by the foregoing resolutions, to execute and deliver such instruments, and to fully perform the terms and provisions thereof; and

**RESOLVED FURTHER**, that to the extent that any of the actions authorized by any of the foregoing resolutions have been taken by

an Authorized Officer on behalf of his or her respective U.S. Company, such actions are hereby ratified and confirmed in their entirety.

Name:  John Doolittle
Title:  Vice President
Date:  January 13, 2009

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Cable Solutions Inc., | ) | Case No. 09-_____ (____) |
| | ) | |
| Debtor. | ) | Joint Administration Pending |
| | ) | |
| | ) | |

## LIST OF CREDITORS

The debtor in this chapter 11 case and certain affiliated entities (collectively, the "Debtors") each filed a petition in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Contemporaneously with the filing of their petitions, the Debtors filed a single consolidated list of creditors (the "Consolidated Creditors List"), in lieu of separate lists. Due to its voluminous nature, the Consolidated Creditors List is being submitted to the Court electronically under separate notice.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: January 14, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

*Proposed Counsel for the Debtors
and Debtors in Possession*

# LIST OF CREDITORS

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR PARTNERSHIP

I, John Doolittle, Vice President of Nortel Networks Cable Solutions Inc., declare under penalty of perjury that I have read the foregoing Consolidated Creditors List and that it is true and correct to the best of my knowledge, information and belief.

Date:   January 14, 2009

Signature:

John Doolittle
Vice President of Nortel Networks Cable Solutions Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-_____ (___) |
| Debtors. | Joint Administration Pending |

----------------------------------------------------------X

## CONSOLIDATED LIST OF CREDITORS HOLDING
## 40 LARGEST UNSECURED CLAIMS

| Rank | Name, telephone number, fax number, complete mailing address, including zip code, of creditor and employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| 1 | The Bank of New York Mellon, as Indenture Trustee for the 10.75% Senior Notes, Due 2016<br>Attn: Vanessa Mack<br>101 Barclay Street - 4E<br>New York, NY 10286<br>Phone: 212-815-5346<br>Fax: 212-815-5802<br>Fax: 212-815-5803 | Bond debt | Disputed | $1,125,000,000 |
| 2 | The Bank of New York Mellon, as Indenture Trustee for the Floating Rate Senior Notes, Due 2011<br>Attn: Vanessa Mack<br>101 Barclay Street - 4E<br>New York, NY 10286<br>Phone: 212-815-5346<br>Fax: 212-815-5802<br>Fax: 212-815-5803 | Bond debt | Disputed | $1,000,000,000 |
| 3 | The Bank of New York Mellon, as Indenture Trustee for the 2.125% Convertible Senior Notes, Due 2014<br>Attn: Vanessa Mack<br>101 Barclay Street - 4E<br>New York, NY 10286<br>Phone: 212-815-5346<br>Fax: 212-815-5802<br>Fax: 212-815-5803 | Bond debt | Disputed | $575,000,000 |

| 3 | The Bank of New York Mellon, as Indenture Trustee for the Convertible 1.75% Senior Notes, Due 2012<br>Attn: Vanessa Mack<br>101 Barclay Street - 4E<br>New York, NY 10286<br>Phone: 212-815-5346<br>Fax: 212-815-5802<br>Fax: 212-815-5803 | Bond debt | Disputed | $575,000,000 |
|---|---|---|---|---|
| 5 | The Bank of New York Mellon, as Indenture Trustee for the 1.75% Senior Notes, Due 2013<br>Attn: Vanessa Mack<br>101 Barclay Street - 4E<br>New York, NY 10286<br>Phone: 212-815-5346<br>Fax: 212-815-5802<br>Fax: 212-815-5803 | Bond debt | Disputed | $550,000,000 |
| 6 | Export Development Canada<br>Attn: Stéphane Lupien<br>151 O'Connor Street<br>Ottawa, Ontario K1A 1K3<br>Canada<br>Phone: 613-598-2500<br>Fax: 613-597-8504 | Trade debt | Contingent and unliquidated | $186,719,257 |
| 7 | The Bank of New York Mellon, as Indenture Trustee for the 7.875% Senior Notes, Due 2026<br>Attn: Vanessa Mack<br>101 Barclay Street - 4E<br>New York, NY 10286<br>Phone: 212-815-5346<br>Fax: 212-815-5802<br>Fax: 212-815-5803 | Bond debt | Disputed | $150,000,000 |
| 8 | Flextronics<br>Attn: Michael Clarke<br>2090 Fortune Drive<br>San Jose, CA 95131<br>Phone: 408-576-7000<br>Fax: 408-576-7880 | Trade debt | Disputed | $22,039,105 |
| 9 | Flextronics America LLC<br>Attn: Michael Clarke<br>2090 Fortune Drive<br>San Jose, CA 95131<br>Phone: 408-576-7000<br>Fax: 408-576-7880 | Trade debt | Disputed | $19,475,669 |

| 10 | Flextronics International Europe BV<br>Attn: Michael Clarke<br>2090 Fortune Drive<br>San Jose, CA 95131<br>Phone: 408-576-7000<br>Fax: 408-576-7880 | Trade debt | Disputed | $4,903,678 |
|---|---|---|---|---|
| 11 | SEAL Consulting<br>Attn: Chief Legal Officer<br>105 Field Crest Avenue<br>Edison, NJ 8837<br>Phone: 732-417-9595<br>Fax: 732-417-9655 | Trade debt | Disputed | $4,580,594 |
| 12 | Computer Science Corporation<br><br>Attn: Hayward D. Fisk, Esq.<br>2100 East Grand Avenue<br>El Segundo, CA 90245<br>Fax: 310-322-9767<br><br>Attn: Scott Creasy<br>3306 Chapel Hill -- Nelson Highway<br>Research Triangle Park, NC 27709<br>Phone: 919-905-2243<br><br>Attn: Cliff Plaxco<br>3170 Fairview Park Drive<br>Falls Church, VA 22042 | Trade debt | Disputed | $4,070,538 |
| 13 | Jabil Circuit Inc (GDL)<br>Attn: Joe Adams<br>10560 Dr Martin Luther King Jr. Street<br>St. Petersburg, FL 33716-3718<br>Phone: 727-803-3398<br>Fax: 727-803-5749 | Trade debt | Disputed | $3,822,127 |
| 14 | Beeline<br>Attn: Chief Legal Officer<br>1300 Marsh Landing Parkway<br>Jacksonville Beach, FL 32250<br>Phone: 904-273-7615<br>Fax: 904-527-5827 | Trade debt | Disputed | $3,509,361 |

| 15 | Infosys Technologies Ltd.<br><br>Attn: Head of Sales - Communications &<br>Product Services<br>34760 Campus Drive<br>Fremont, CA 94555<br><br>Plot No 45 & 46 Electronics<br>Bangalore, KA 560100<br>India<br>Phone: 91-080-2852-0261<br>Fax: 91-080-2852-0362 | Trade debt | Disputed | $2,998,097 |
|----|---|---|---|---|
| 16 | JDS Uniphase Corporation<br><br>Attn: Doug Alteen<br>3000 Merivale Road<br>Ottawa, Ontario K2G 6N7<br>Canada<br>Phone: 613-843-3000<br>Fax: 613-843-3333<br><br>Attn: Chris Dewees<br>1768 Automation Parkway<br>San Jose, CA, USA 95131<br>Fax: 408-546-4350 | Trade debt | Disputed | $2,929,462 |
| 17 | Tata Consultancy Services<br>Attn: President<br>Park West II Kulupwadi Road<br>Mumbai 400066<br>India<br>Phone: 91-22-5647-1100<br>Fax: 91-22-2204-2215 | Trade debt | Disputed | $2,928,070 |
| 18 | Communications Test Design Inc.<br>Attn: Gerald J. Parsons<br>1373 Enterprise Drive<br>West Chester, PA 19380<br>Phone: 610-436-5203<br>Fax: 610-436-6890 | Trade debt | Disputed | $2,927,661 |
| 19 | Glow Networks<br>2140 Lake Park Boulevard<br>Richardson, TX 75080-2290<br>Phone: 972-699-1994<br>Fax: 972-699-1995 | Trade debt | Disputed | $2,670,568 |
| 20 | Anixter<br>Attn: Jill M. Standifer<br>4711 Golf Road<br>Shokie, Illinois 60076<br>Fax: 847-715-7626 | Trade debt | Disputed | $2,611,542 |

| 21 | Flextronics International<br>Attn: Michael Clarke<br>2090 Fortune Drive<br>San Jose, CA 95131<br>Phone: 408-576-7000<br>Fax: 408-576-7880 | Trade debt | Disputed | $2,373,327 |
|----|----|----|----|----|
| 22 | ITC Networks<br>Attn: Chief Legal Officer<br>167 Calea Floreasca, Sector 1<br>Bucharest 14459<br>Romania<br>Fax: 40-21-203-6666<br><br>Luxoft<br>Attn: Chief Legal Officer<br>10-3, 1-Volokolamsky proezd<br>123060 Moscow<br>Russia<br>Phone: 7-495-967-8030<br>Fax: 7-495-967-8032 | Trade debt | Disputed | $2,359,836 |
| 23 | Johnson Controls Inc.<br>Attn: Chief Legal Officer<br>2215 York Road<br>Oak Brook, IL 60523<br>Phone: 630-990-3668<br>Fax: 630-990-2300 | Trade debt | Disputed | $2,065,379 |
| 24 | Emerson Network Power Embedded<br>Attn: Chief Legal Officer<br>2900 South Diablo Way<br>Tempe, AZ 85282-3214<br>Phone: 905-729-2870<br>Fax: 602-438-3370 | Trade debt | Disputed | $1,970,076 |
| 25 | Wistron InfoComm Technology Corp.<br>Attn: Chief Legal Officer<br>800 Parker Square<br>Flower Mound, TX 75028<br>Phone: 972-906-7877<br>Fax: 972-906-7832 | Trade debt | Disputed | $1,715,460 |

| 26 | Wipro Technologies<br><br>Attn: Kumudha Sridharan<br>Wipro Technologies<br>Plot 72, Keonics Electronic City<br>Hosur Main Road<br>Bangalore, 561229<br>India<br>Phone: 91-80-2852-0408<br>Fax: 91-80-2844-0214<br><br>Attn: Dr. A.L. Rao<br>No. 8, 7 "Main 1" Block<br>Koramangala<br>Bangalore, 560034<br>India | Trade debt | Disputed | $1,684,073 |
| --- | --- | --- | --- | --- |
| 27 | Flextronics Logistics USA Inc.<br>Attn: Michael Clarke<br>2090 Fortune Drive<br>San Jose, CA 95131<br>Phone: 408-576-7000<br>Fax: 408-576-7880 | Trade debt | Disputed | $1,597,209 |
| 28 | Wipro Systems Ltd.<br>Attn: Chief Legal Officer<br>40 1A Lavelle Road<br>Bangalore, 560001<br>India<br>Phone: 91-80-2852-0408<br>Fax: 91-80-2844-0214 | Trade debt | Disputed | $1,440,009 |
| 29 | Telrad Networks Ltd.<br>Attn: Yaacov Omer, Yossi Benji & Simcha Gutgold<br>Telrad Park Afek<br>14 Hamelacha St.<br>P.O. Box 488<br>Rosh Ha'avin 48091<br>Israel<br>Fax: 972-8-913-1013<br>Fax: 972-6-913-1013<br>Fax: 972-3-915-7109<br>Fax: 972-3-915-7358 | Trade debt | Disputed | $1,420,482 |
| 30 | Advanced Information Management<br>Attn: Ned Nelson<br>P.O. Box 1150<br>Collierville, TN 38027-l 150<br>Phone: 901-854-5777<br>Fax: 901-854-5775 | Trade debt | Disputed | $1,274,404 |

| 31 | Airspan Communications Ltd.<br>Attn: Senior Vice President & Chief<br>Financial Officer<br>777 Yamato Road, Suite 105<br>Boca Raton, Florida 33431<br>Fax: 561-893-8671 | Trade debt | Disputed | $1,274,161 |
| --- | --- | --- | --- | --- |
| 32 | McCann Erickson San Francisco<br>Attn: Chief Legal Officer<br>600 Battery Street<br>San Francisco, CA 94111<br>Phone: 415-262-5600<br>Fax: 415-262-5400 | Trade debt | Disputed | $1,214,888 |
| 33 | TEKsystems Inc.<br>Attn: Chief Legal Officer<br>7437 Race Road<br>Hanover, MD 21076-111<br>Phone: 410-540-3012<br>Fax: 410-570-3437 | Trade debt | Disputed | $1,105,409 |
| 34 | Covergence Inc.<br>Attn: Chief Legal Officer<br>One Clock Tower Place<br>Maynard, MA 01754<br>Phone: 978-823-5233<br>Fax: 978-897-6998 | Trade debt | Disputed | $1,104,715 |
| 35 | GFI Inc.<br>Attn: Chief Legal Officer<br>180 Ave Labrosse<br>Pointe Claire, Quebec H9R 1A1<br>Canada<br>Phone: 514-630-4877<br>Fax: 514-630-4899 | Trade debt | Disputed | $1,048,151 |
| 36 | Flextronics Sales & Marketing North<br>Attn: Michael Clarke<br>2090 Fortune Drive<br>San Jose, CA 95131<br>Phone: 408-576-7000<br>Fax: 408-576-7880 | Trade debt | Disputed | $1,039,958 |
| 37 | Coams Inc.<br>Attn: Chief Legal Officer<br>175 W. Jackson, Suite 1750<br>Chicago, IL 60604<br>Phone: 312-243-2667<br>Fax: 312-243-2531 | Trade debt | Disputed | $1,022,896 |
| 38 | IBM Corporation<br>Attn: Robert C. Weber<br>New Orchard Road<br>Armonk, NY 10504<br>Phone: 919-499-6196<br>Fax: 919-499-7372 | Trade debt | Disputed | $988,165 |

| 39 | Nortel Networks Corp. "ERISA" Litigation Plaintiffs<br>Jane B. Stranch<br>Branstetter, Kilgore, Stranch & Jennings<br>227 Second Avenue North, Fourth Floor<br>Nashville, TN 37201-1631<br>Phone: 615-254-8801<br>Fax: 615-250-3937 | Litigation Claim | Contingent, unliquidated and disputed | Amount Unknown |
|----|----|----|----|----|
| 39 | Pension Benefit Guaranty Corporation<br>Department of Insurance Supervision and Compliance<br>1200 K Street, N.W.<br>Washington, D.C. 20005-4026<br>Phone: 202-326-4070<br>Fax: 202-842-2643 | Pension Obligations | Contingent, unliquidated and disputed | Amount Unknown |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, John Doolittle, Vice President of Nortel Networks Cable Solutions Inc., named as the debtor in this case, declare under penalty of perjury that I have read the foregoing consolidated List of Creditors Holding Forty Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date:        January 14, 2009

Signature:        _____

John Doolittle
Vice President of Nortel Networks Cable Solutions Inc.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Cable Solutions Inc., | ) | Case No. 09-_____ ( __ ) |
| | ) | |
| Debtor. | ) | Joint Administration Pending |
| | ) | |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS

      The debtor in this chapter 11 case and certain affiliated entities each filed a petition in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Following is the list of Nortel Networks Cable Solutions Inc.'s, equity security holders which was prepared in accordance with Rule 1007(a) of the Federal Rules of Bankruptcy Procedure for filing in this chapter 11 case.

| Debtor | Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| Nortel Networks Cable Solutions Inc. | Nortel Networks Inc. | 2221 Lakeside Boulevard Richardson, TX | 100% |

# LIST OF EQUITY SECURITY HOLDERS

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR PARTNERSHIP

I, John Doolittle, Vice President of Nortel Networks Cable Solutions Inc., declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my knowledge, information and belief.

Date:   January 14, 2009

Signature:

John Doolittle
Vice President of Nortel Networks Cable Solutions Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Cable Solutions Inc., | ) | Case No. 09-_____ (___) |
| | ) | |
| Debtor. | ) | Joint Administration Pending |
| | ) | |
| | ) | |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

In accordance with Federal Rule of Bankruptcy Procedure 7007.1 the undersigned certifies that the following entities are corporations that directly or indirectly own 10% or more of any class of Nortel Networks Cable Solutions Inc.'s equity interests:

Nortel Networks Corporation
195 The West Mall
Toronto, Ontario, Canada

Nortel Networks Limited
195 The West Mall
Toronto, Ontario, Canada

Nortel Networks Inc.
2221 Lakeside Boulevard
Richardson, TX

Dated: January 14, 2009

_____
John Doolittle
Vice President of Nortel Networks Cable Solutions Inc.